UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE BERNARD
WRIGHT,

        Plaintiff

v.

TERRANCE BUSH,
DIRK TEAMER,
DANIEL PFANNES,
ALAN BULIFANT, and
DETROIT MEDICAL
CENTER (D.M.C.) HARPER
PROFESSIONAL
HOSPITAL,

        Defendants.
_____/

Case No. 2:16-12644
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S FEBRUARY 1, 2017 REQUEST (DE 12)

Plaintiff Wright is currently incarcerated at the Michigan Department of Corrections (MDOC) Saginaw Correctional Facility (SRF) in Freeland, Michigan. *See* www.michigan.gov/corrections, "Offender Search." On July 13, 2016, Plaintiff filed the instant lawsuit against five defendants: Terrance Bush, Dirk Teamer, Daniel Pfannes, and Alan Bulifant (each of the Wayne County Sheriff's Office) and the Detroit Medical Center (DMC) Harper Professional Hospital. (DE 1 at 1-4.)

Judge Tarnow has referred this case to me for all pretrial matters. Currently before the Court are: **(a)** the Wayne County Defendants' October 5, 2016 motion to dismiss in lieu of an answer, regarding which Plaintiff has filed a timely response (DE 10, DE 18); **(b)** the hospital's January 13, 2017 motion to dismiss, regarding which a response was due on March 6, 2017 (DE 19, DE 20); and **(c)** Plaintiff's March 2, 2017 motion to compel (DE 22), regarding which no response has been filed.

Meanwhile, on February 1, 2017, Plaintiff requested a copy of the hospital's motion to dismiss (DE 19), claiming he did not receive it, and further sought an extension of time in which to respond. (DE 21.) No Defendant has filed an opposition to this request.

The Court is cognizant of the hospital's January 13, 2017 proof of service. (DE 19 at 63.) Nonetheless, upon consideration, Plaintiff's request (DE 21) is **GRANTED**. No later than **Friday, May 19, 2017**, Defendant hospital **SHALL** serve a copy of its motion upon Plaintiff at his address of record. Plaintiff **SHALL** have up to and including **Friday, June 2, 2017** by which to file a response.

    **IT IS SO ORDERED.**

Dated: May 17, 2017           s/Anthony P. Patti
                                                 Anthony P. Patti
                                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 17, 2017, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti