UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE WRIGHT,

    Plaintiff

v.

TERRANCE BUSH, *et al.*,

    Defendants.
_____/

Case No. 2:16-12644
District Judge Arthur Tarnow
Magistrate Judge Anthony P. Patti

## ORDER DENYING AS MOOT
## PLAINTIFF'S MOTION TO COMPEL (DE 22)

Plaintiff's March 2, 2017 motion to compel requests a copy of SRF's legal mail log to determine whether Plaintiff received a copy of Defendant Hospital's January 13, 2017 motion to dismiss (DE 19). He also requests a copy of the motion, itself, and time in which to respond to it. (*See* DE 22.)

Upon consideration, this motion is **DEEMED MOOT**. The Court's May 17, 2017 order required Defendant Hospital to serve a copy of its motion upon Plaintiff no later than **Friday, May 19, 2017**, and provided Plaintiff up to and including **Friday, June 2, 2017** by which to file a response. (DE 23 at 2). As such, the relief sought by Plaintiff has already been granted by the Court.

    **IT IS SO ORDERED.**

Dated: May 30, 2017	s/Anthony P. Patti  
                                   Anthony P. Patti  
                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 30, 2017, electronically and/or by U.S. Mail.

                                   s/Michael Williams  
                                   **Case Manager to the**

                                   **Honorable Anthony P. Patti**