UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE WRIGHT,

    Plaintiff,

v.

TERRANCE BUSH, ET. AL.,

    Defendant.

Case No. 16-12644

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE ANTHONY P.
PATTI

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [29]; GRANTING DEFENDANTS' MOTIONS TO DISMISS [10; 19]; DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [25]**

On July 5, 2017, Magistrate Judge Patti issued a Report and Recommendation [29] on Defendant Bulifant, Bush, Pfannes, and Teamer's Motion to Dismiss [10] filed on October 5, 2016 [10] and Defendant Detroit Medical Center's Motion to Dismiss [19] filed on January 13, 2017. Plaintiff filed a response to these Motions on July 5, 2017 [30]. Plaintiff filed a Motion for Default Judgment [25] on June 5, 2017. The Magistrate recommends granting both motions on the basis that Plaintiff's claims, best construed as defamation claims,

are time-barred under MCL §600.5805(9).  Neither party has filed any objection to the Report and Recommendation.

The Court has reviewed the Motions to Dismiss [10; 19], Plaintiff's response [30] and Plaintiff's Motion for Default Judgment [25] as well as the Report and Recommendation [29]. The Report and Recommendation [29] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [29] is **ADOPTED.**

**IT IS FURTHER ORDERED** that Defendant Bulifant, Bush, Pfannes, and Teamer's Motion to Dismiss [10] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Detroit Medical Center's Motion to Dismiss [19] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment [25] is **DENIED as moot.**

**SO ORDERED**.

                                                /s/Arthur J. Tarnow_____
                                                Arthur J. Tarnow
Dated: July 28, 2017                Senior United States District Judge

## Certificate of Service

    I hereby certify that this Order was electronically submitted on July 28, 2017, using the CM/ECF system, which will send notification to each party.

                                                s/A. Chubb_____
                                                Case Manager